**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sara Sanguinetti,<br><br>    Plaintiff<br>v.<br><br>University Medical Center of Southern Nevada,<br><br>    Defendant | Case No. 2:21-cv-01779-JAD-EJY<br><br>**Order Granting Unopposed<br>Motion to Dismiss**<br><br>[ECF No. 4] |

Defendant University Medical Center of Southern Nevada moves to dismiss this action.[1] The deadline to oppose that motion passed without response. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose this motion as her consent to granting it. Accordingly,

IT IS HEREBY ORDERED that the Motion to Dismiss **[ECF No. 4] is GRANTED. This action is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.**

Dated: October 22, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 4.