Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
**MADDOX & CISNEROS LLP**
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 (fax)
ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendant. | CASE NO.:2:21-cv-01779-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

1

Plaintiff, Sara Sanguinetti, individually and on behalf of all others similarly situated, and Defendant, University Medical Center of Southern Nevada, by and through their respective counsel, hereby stipulate and agree as follows:

1. Defendant filed its Motion to Dismiss First Amended Class Action Complaint on May 24, 2022 ("Motion") (ECF No. 13).

2. The parties stipulate and agree that the time for Plaintiff to file her Response to the Motion shall be extended two weeks to Tuesday, June 21, 2022, in order to allow Plaintiff time to analyze and respond to Defendant's extensive arguments.

3. The parties further stipulate and agree that the time for Defendant to file its Reply in support of the Motion shall be extended seventeen days to Friday, July 8, 2022, in order to allow Defendant time to further analyze and reply to the arguments at issue.

This is the first stipulation for extension of time to file motions.

DATED this 1st day of June, 2022.

**MADDOX & CISNEROS LLP**

By: /s/ *Norberto J. Cisneros*
Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara McDonald, Esq., NV Bar No. 11651
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**

DATED this 1st day of June, 2022.

**KOELLER NEBEKER CARLSON & HALUCK, LLP**

By: /s/ *Mark F. Roach*
Mark F. Roach, Esq., NV Bar 8237
Andrew C. Green, Esq., NV Bar 9399
300 S. 4th Street, Suite 500
*Attorneys for Defendant*

ORDER

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 7, 2022

2